Eric Liepins
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOWARD ROSENBERG | § | CASE NO. 14-40512 |
| | § | |
| DEBTOR | § | |

DEBTOR'S EMERGENCY NOTION FOR RELIEF FROM AUTOMATIC STAY TO ALLOW DIVORCE PROCEEDING TO CONTINUE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THE SERVICE THE COURT SHORTEN OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED , THIS PLEADING SHALL BE DEEMED T OBE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING . IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE BRENDA T RHOADES:

COMES NOW, Howard Rosenberg, Debtor in the above styled and numbered cause and files this his Emergency Motion For Relief from Automatic Stay to Allow Divorce Proceeding to Continue ("Motion") and in support thereof would respectfully show unto the court as follows:

1. Debtor Howard Rosenberg, filed a petition under chapter 7 on March 5, 2014.

2. Prior to the filing the Debtor was involved in a divorce proceeding in 296th District Court, Collin County, styled <u>In the Matter of the Marriage of Kathleen Brady Rosenberg vs. Howard Rosenberg and in the interests of Jacob Rosenberg, Lauren Rosenberg and Logan Rosenberg, and All American Roofing , LLC</u> , case number 296-54040-2013 ("Divorce Action").

3. The Judge in the Divorce Action Has entered certain Orders including an Order that authorized both Mr. And Mrs Rosenberg to borrow certain funds from their life insurance policies to make specific payments, including but not limited to payments for health insurance premiums, expenses relating to the sale of the couple's home and certain attorneys fees.

4. Both Mr and Mrs Rosenberg have specific medical needs that must be address and the failure to pay the insurance premiums will result in the immediate loss of insurance coverage for the Rosenberg and their children

5. The Chapter 7 trustee has filed a suggestion of bankruptcy in the Divorce Action, which has had the effect of placing a stay on the payment of the health insurance premiums.

6. Debtor requests this Court enter an Order lifting the automatic stay along with a waiver of 14 day requirement under Bankruptcy Rule 4001(a)(3) to allow the Divorce Action to proceed and to allow the Debtor to borrow the funds from the life insurance policy necessary to make the payments required by the Court in the Divorce Action.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays this Court enter an Order lifting the Automatic Stay to allow the divorce action to proceed and for such other and

further relief in law or in equity to which the Debtor may show himself justly entitled.

              Respectfully submitted,

              __/s/ Eric Liepins _
              Eric Liepins, SBN 12338110
              12770 Coit Road
              Suite 1100
              Dallas, Texas 75251
              (972) 991-5591
              (972) 991-5788 - telecopier

              ATTORNEY FOR DEBTOR

            CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was sent to Mark Weisbart, 12770 Coit Road, Suite 541, Dallas, Texas, David Mao, 8828 Greenville, Dallas, Texas 75243 and Rebecca Manuel Campbell Centre I North Tower, 8350 Central Expressway Suite 111, Dallas , Texas 75206 on the 28th day of April 2014 via mail and e-mail.

              __/s/ Eric Liepins__
              Eric Liepins