

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
 §
HOWARD ROSENBERG § CASE NO. 14-40512
 §
 DEBTOR §

ORDER ON DEBTOR'S EMERGENCY NOTION FOR RELIEF FROM AUTOMATIC STAY
TO ALLOW DIVORCE PROCEEDING TO CONTINUE

CAME ON for consideration this day the Motion of Howard Rosenberg, Debtor for Relief from Automatic Stay to Allow Divorce Proceeding to Continue ("Motion"). The Court having reviewed the pleading is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the automatic stay is lifted to allow the Divorce proceeding as identified in the Motion to proceed. It is further,

ORDERED, ADJUDGED AND DECREED the requirements under Bankruptcy Rule 4001(a)(3) are waiver and this order is effective upon entry.

Signed on 5/1/2014

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE