
EOD
05/02/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
 §
HOWARD ROSENBERG § CASE NO. 14-40512
 §
 DEBTOR §

AMENDED ORDER ON DEBTOR'S EMERGENCY MOTION FOR RELIEF FROM
AUTOMATIC STAY TO ALLOW DIVORCE PROCEEDING TO CONTINUE

On May 1, 2014, came on for hearing the Motion of Howard Rosenberg, Debtor for Relief from Automatic Stay to Allow Divorce Proceeding to Continue ("Motion"). Present were Eric Liepins for the Debtor and Mark Weisbart the chapter 7 Trustee. The Court having reviewed the pleading and considered arguments of counsel is of the opinion the Motion should be Granted, as follows. It is accordingly,

ORDERED ADJUDGED AND DECREED that the automatic stay if lifted to allow for the entry of Orders authorizing Mr. and Mrs. Rosenberg to borrow certain funds from their life insurance policies to make payments designated by the divorce court, including payments for counseling, health insurance premiums and other authorized expenses. It is further,

ORDERED, ADJUDGED AND DECREED the automatic stay is lifted to allow the divorce proceeding to continue and for the divorce court to enter any appropriate orders concerning the actual divorce, child custody or other matters relating to the divorce proceeding unrelated to the division of property. It is further,

ORDERED, ADJUDGED AND DECREED that the automatic stay shall remain in effect as to the determination of the bankruptcy estate's right in property, including and proposed separation of property in the divorce so long as the bankruptcy case remains open. It is further,

ORDERED, ADJUDGED AND DECREED the requirements under Bankruptcy Rule 4001(a)(3) are waived and this order is effective upon entry.

Signed on 5/2/2014

_____ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE