

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HOWARD ROSENBERG | § § § | CASE NO 14-40512 |
| DEBTOR | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF AGREED FINAL DECREE OF DIVORCE**

CAME ON FOR HEARING on the Motion of Howard Rosenberg ("Debtor") for Approval of Agreed Final Decree of Divorce("Motion"). Having considered the Motion and having been advised that the Objection to the Motion filed by the Chapter 7 Trustee has been withdrawn, and finding that service and notice of the Motion and of the hearing thereon were sufficient and appropriate, it is hereby:

ORDERED that the Motion is GRANTED as provided for herein; it is further

ORDERED that the proposed Agreed Final decree of Divorce ( "Decree") between the Debtor and Kathleen Brandy Rosenberg that is the subject of the Motion, is APPROVED.

Signed on 12/2/2014

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

ORDER GRANTING DEBTORS MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT WITH TRUSTEE—Page 1

MHDocs 5301915_1 14043.1